

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2015

No. 04-14-00900-CV

**IN THE INTEREST OF L.C. AND N.M.**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-03030
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Appellant Jeffrey Mackey's First Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on March 4, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court